IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUEZETTE H. RICE, | ) |
| | ) No. 2:22-cv-874-RJC |
| Plaintiff, | ) |
| | ) |
| vs. | ) Judge Robert J. Colville |
| | ) |
| NATHAN RICE, INC., a Pennsylvania Corporation; EDWARD RICE, individually, as Trustee of the Sidney David Rice Irrevocable Trust, and as President of Nathan Rice, Inc.; THE SIDNEY DAVID RICE IRREVOCABLE TRUST; WALNUT CAPITAL MANAGEMENT, INC. D/B/A WALNUT CAPITAL MANAGEMENT, a Pennsylvania Partnership; WALNUT CAPITAL MANAGEMENT, a Pennsylvania Partnership; HEMPSTEAD ROAD ASSOCIATES, a Pennsylvania Partnership; GREGG PERELMAN, individually; TODD REIDBORD, individually; and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this 31st day of March, 2023, upon consideration of the Motion to Dismiss (ECF No. 16) filed by Defendants and the Cross-Motion to Amend (ECF No. 18) filed by Plaintiff in the above-captioned matter, and for the reasons set forth in this Court's Memorandum Opinion of the same date, it is hereby ORDERED that Defendants' Motion to Dismiss is granted, and Plaintiff's Cross-Motion to Amend is denied. Plaintiff's Complaint is dismissed without prejudice

to Plaintiff refiling the same at the conclusion of the case at Docket No. 2:21-cv-90-RJC. The Clerk of Court shall mark this case as closed.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record