## **CERTIFICATE OF SERVICE**

      I, Anton Kaminsky, Esquire, hereby certify that on April 28, 2023, that a copy of the enclosed Motion was filed with the Clerk of the U.S. District Court for the Western District of Pennsylvania using the CM/ECF System and a true and correct copy was served to all counsel of record via the ECF System.

Date:   April 28, 2023

      **KAMINSKY LAW, LLC**

By: _____
Anton Kaminsky, Esquire
Atty ID: 211632016
207 Buck Road, Suite 2
Southampton, PA 18966
(215) 876-0800
Kaminsky.esq@gmail.com

*Attorney for Plaintiff*
*Suezette H. Rice*