IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUEZETTE H. RICE, | ) | |
| | ) | No. 2:22-cv-874-RJC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Robert J. Colville |
| | ) | |
| NATHAN RICE, INC., a Pennsylvania | ) | |
| Corporation; EDWARD RICE, individually, | ) | |
| as Trustee of the Sidney David Rice | ) | |
| Irrevocable Trust, and as President of Nathan | ) | |
| Rice, Inc.; THE SIDNEY DAVID RICE | ) | |
| IRREVOCABLE TRUST; WALNUT | ) | |
| CAPITAL MANAGEMENT, INC. D/B/A | ) | |
| WALNUT CAPITAL MANAGEMENT, a | ) | |
| Pennsylvania Partnership; WALNUT | ) | |
| CAPITAL MANAGEMENT, a Pennsylvania | ) | |
| Partnership; HEMPSTEAD ROAD | ) | |
| ASSOCIATES, a Pennsylvania Partnership; | ) | |
| GREGG PERELMAN, individually; TODD | ) | |
| REIDBORD, individually; and JOHN DOES | ) | |
| 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this 14th day of July, 2023, upon consideration Plaintiff's Motion to Amend

Judgment Under Fed. R. Civ. P. 59 and Motion for Leave to Amend Under Fed. R. Civ. P. 15

(ECF No. 31), and for the reasons discussed in this Court's Memorandum Opinion of the same

date, it is hereby ORDERED that the Motion is denied.

In light of the same, Plaintiff's "Emergency Motion to Schedule a Telephone Status

Conference" is denied as moot.

BY THE COURT:

/s/Robert J. Colville
Robert J. Colville
United States District Judge

cc: All counsel of record